IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KAYLYNN NICOLE BUCHEN, as natural Guardian of minor child, A.B., and ESTATE OF ANDREW BRYCE IRISH, by and through Jennifer Ashdown, its Administrator,<br><br>      Plaintiffs,<br><br>v.<br><br>WELLPATH, LLC, et al.,<br><br>      Defendants. | CV 623-075 |

**ORDER**

    Plaintiffs filed their complaint on December 21, 2023, (doc. no. 1), and after receiving an extension, (doc. no. 7), Defendants filed their answer on May 1, 2024, (doc. no. 14). The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order and to file a joint 26(f) Report within seven days of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

    SO ORDERED this 2nd day of July, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA